**No. 39823.**—Protest 721953–G of Union Importing Co. (Los Angeles).

Opinion by McClelland, P. J. It was stipulated that the merchandise conlists of chicken rings the same as those passed upon in *United States* v. *Perry* (25 C. C. P. A. 282, T. D. 49395). They were therefore held free of duty under paragraph 1604 as claimed.